UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
THE TRUSTEES OF THE LOCAL 1102 RETIREMENT :
FUND, :
:
                      Plaintiff, :       24 Civ. 5192 (JPC)
:
      -v- :         ORDER
:
KENMAR SHIRTS, INC. and XYZ CORPORATIONS :
1-10, :
:
                 Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On July 24, 2024, Plaintiff served Defendant Kenmar Shirts, Inc. with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore August 14, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until August 28, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by September 4, 2024.

      SO ORDERED.

Dated: August 21, 2024
     New York, New York                     _____
                                         JOHN P. CRONAN
                               United States District Judge